## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tyrone Woods  
      Levenia Shelton-Woods  
          Debtor(s)

CHAPTER 13

BKY. NO. 19-13037 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of XChange Leasing Title Trust and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca Solarz  
Rebecca Solarz  
30 Jul 2020, 14:14:57, EDT

KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  
(215) 627-1322