| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13037-AMC

TYRONE WOODS  
LEVENIA SHELTON-WOODS  
647 NORTH MAY PLACE  
PHILADELPHIA  PA    19139

Petition Filed Date: 05/09/2019  
341 Hearing Date: 06/14/2019  
Confirmation Date: 06/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/30/2019 | $2,216.00 | 1105973 | 06/14/2019 | $500.00 | 25821155384 | 07/15/2019 | $500.00 | 25821165745 |
| 08/26/2019 | $500.00 | 25877847587 | 09/24/2019 | $500.00 | 17938500465 | 10/16/2019 | $500.00 | 25898792016 |
| 12/11/2019 | $500.00 | 26102570275 | 03/24/2020 | $500.00 | 26350606506 | 05/12/2020 | $500.00 | 19110496174 |
| 05/12/2020 | $1,000.00 | 26311 | | | | | | |

**Total Receipts for the Period: $7,216.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,216.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 16S | Secured Creditors | $7,423.80 | $1,805.64 | $5,618.16 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 16U | Unsecured Creditors | $31,582.33 | $0.00 | $31,582.33 |
| 3 | ASHLEY FUNDING SVCS LLC<br>»» 001 | Unsecured Creditors | $32.12 | $0.00 | $32.12 |
| 4 | CAVALRY INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $578.52 | $0.00 | $578.52 |
| 5 | CAVALRY INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $483.61 | $0.00 | $483.61 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $124.88 | $124.88 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $68.73 | $0.00 | $68.73 |
| 8 | PHILADELPHIA PARKING AUTHORITY<br>»» 005 | Unsecured Creditors | $6,914.00 | $0.00 | $6,914.00 |
| 9 | CVI SGP-CO ACQUISITION TRUST<br>»» 006 | Secured Creditors | $138.66 | $0.00 | $138.66 |
| 10 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 007 | Mortgage Arrears | $44,724.13 | $902.01 | $43,822.12 |
| 11 | REGIONAL ACCEPTANCE CORP<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PHILADELPHIA GAS WORKS<br>»» 009 | Unsecured Creditors | $1,570.99 | $0.00 | $1,570.99 |
| 13 | PHILADELPHIA GAS WORKS<br>»» 011 | Unsecured Creditors | $1,247.63 | $0.00 | $1,247.63 |
| 14 | SPRINT<br>»» 011 | Unsecured Creditors | $3,935.85 | $0.00 | $3,935.85 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $486.61 | $0.00 | $486.61 |

**Chapter 13 Case No. 19-13037-AMC**

| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $561.78 | $0.00 | $561.78 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $320.97 | $0.00 | $320.97 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $673.10 | $0.00 | $673.10 |
| 0  | ERIK B JENSEN ESQ | Attorney Fees | $3,665.00 | $3,665.00 | $0.00 |
| 19 | XCHANGE TITLING TRUST LLC<br>»» 017 | Unsecured Creditors | $16,467.52 | $0.00 | $16,467.52 |
| 20 | XCHANGE TITLING TRUST LLC<br>»» 018 | Unsecured Creditors | $2,026.92 | $0.00 | $2,026.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,216.00 | Current Monthly Payment: | $1,155.00 |
| Paid to Claims: | $6,497.53 | Arrearages: | $3,965.00 |
| Paid to Trustee: | $702.10 | Total Plan Base: | $63,156.00 |
| Funds on Hand: | $16.37 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.