### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Levenia Shelton-Woods<br>　　　　Tyrone Woods<br>　　　　　　Debtor(s) | CHAPTER 13 |
| XChange Titling Trust, LLC<br>　　　　Movant<br>vs.<br>Levenia Shelton-Woods<br>Tyrone Woods<br>　　　　Debtor(s)<br>Scott F. Waterman<br>　　　　Trustee | NO. 19-13037 AMC<br><br>11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, XChange Titling Trust, LLC, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit said creditor, its successors and/or assigns, to take possession and sell, lease, or otherwise dispose of the 2017 Dodge Grand Caravan - VIN: 2C4RDGBGXHR756001 in a commercially reasonable manner.

Signed this         day of         , 2020.

**Date: September 23, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Levenia Shelton-Woods
647 North May Place
Philadelphia, PA 19139

Tyrone Woods
647 North May Place
Philadelphia, PA 19139

Erik B. Jensen, Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532