United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tyrone Woods
Levenia Shelton-Woods
    Debtors

Case No. 19-13037-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Sep 23, 2020
                      Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.
db/jdb       +Tyrone Woods,   Levenia Shelton-Woods,   647 North May Place,   Philadelphia, PA 19139-2831
             +KML Law Group P.C.,   Suite 5000,   BNY Independecence Center,   701 Market Street,
              Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:
         ERIK B. JENSEN   on behalf of Debtor Tyrone  Woods jeffrey@jensenbagnatolaw.com,
          jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
         ERIK B. JENSEN   on behalf of Joint Debtor Levenia  Shelton-Woods jeffrey@jensenbagnatolaw.com,
          jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
         JEFFREY M. CARBINO   on behalf of Debtor Tyrone  Woods jeffrey@jensenbagnatolaw.com,
          jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com
         JEFFREY M. CARBINO   on behalf of Joint Debtor Levenia  Shelton-Woods
          jeffrey@jensenbagnatolaw.com,
          jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com
         POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
         REBECCA ANN SOLARZ   on behalf of Creditor    XChange Titling Trust, LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ   on behalf of Creditor    XChange Leasing Title Trust bkgroup@kmllawgroup.com
         SARAH K. MCCAFFERY   on behalf of Creditor    U.S. Bank National Association, et al
          bankruptcy@powerskirn.com
         SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
         SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG   on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                    TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Levenia Shelton-Woods<br>Tyrone Woods<br>Debtor(s) | CHAPTER 13 |
| XChange Titling Trust, LLC<br>Movant<br>vs. | NO. 19-13037 AMC |
| Levenia Shelton-Woods<br>Tyrone Woods<br>Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>Trustee | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant, XChange Titling Trust, LLC, reviewed the file herein and, finding that no objections to same have been filed and that all required notices of said Motion have been properly served, is of the opinion that said Motion should be granted. It is therefore,

**ORDERED** that the automatic stay is hereby terminated under 11 U.S.C. §362(d) as to Movant, upon entry of this Order pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit said creditor, its successors and/or assigns, to take possession and sell, lease, or otherwise dispose of the 2017 Dodge Grand Caravan - VIN: 2C4RDGBGXHR756001 in a commercially reasonable manner.

Signed this _____ day of _____, 2020.

**Date: September 23, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Levenia Shelton-Woods
647 North May Place
Philadelphia, PA 19139

Tyrone Woods
647 North May Place
Philadelphia, PA 19139

Erik B. Jensen, Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532