United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13037-amc |
| Tyrone Woods | Chapter 13 |
| Levenia Shelton-Woods | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 14, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14335025 | CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHANDRA M. ARKEMA | on behalf of Creditor U.S. Bank National Association et al carkema@squirelaw.com, vcosme@squirelaw.com;jberry@squirelaw.com |
| ERIK B. JENSEN | on behalf of Debtor Tyrone Woods erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| ERIK B. JENSEN | on behalf of Joint Debtor Levenia Shelton-Woods erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JEFFREY M. CARBINO | on behalf of Debtor Tyrone Woods jeffrey@jensenbagnatolaw.com jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com |
| JEFFREY M. CARBINO | on behalf of Joint Debtor Levenia Shelton-Woods jeffrey@jensenbagnatolaw.com jeffreycarbino@gmail.com;jennifer@jensenbagnatolaw.com;jordan@jensenbagnatolaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: trc | Total Noticed: 1 |

POLLY A. LANGDON
    on behalf of Trustee Scott F Waterman ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor XChange Titling Trust  LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor XChange Leasing Title Trust bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY
    on behalf of Creditor U.S. Bank National Association  et al bankruptcy@powerskirn.com

Scott F Waterman
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee Scott F Waterman ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13037-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Tyrone Woods  
647 North May Place  
Philadelphia PA 19139

Levenia Shelton-Woods  
647 North May Place  
Philadelphia PA 19139

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2021.

Name and Address of Alleged Transferor(s):

Claim No. 6: CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587

Name and Address of Transferee:

LVNV Funding LLC  
PO Box 10587  
Greenville, SC 29603-0587

**-- DEADLINE TO OBJECT TO TRANSFER --**

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/16/21

Tim McGrath  
**CLERK OF THE COURT**