| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-13037-AMC

TYRONE WOODS  
LEVENIA SHELTON-WOODS  
647 NORTH MAY PLACE  
PHILADELPHIA  PA    19139

Petition Filed Date: 05/09/2019  
341 Hearing Date: 06/14/2019  
Confirmation Date: 06/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/24/2020 | $500.00 | 26350606506 | 05/12/2020 | $500.00 | 19110496174 | 05/12/2020 | $1,000.00 | 26311 |
| 08/17/2020 | $500.00 | 26655126884 | 08/17/2020 | $500.00 | 26655126895 | 09/01/2020 | $500.00 | 26763781713 |
| 10/29/2020 | $925.00 | 26711345801 | 11/03/2020 | $140.00 | 19180043405 | 11/03/2020 | $500.00 | 19180043404 |
| 11/17/2020 | $975.00 | 26711350435 | 12/22/2020 | $100.00 | 19216081230 | 12/22/2020 | $500.00 | 19216081229 |
| 12/22/2020 | $650.00 | 27045179368 | 01/12/2021 | $350.00 | 27045196402 | 01/14/2021 | $2,000.00 | 35850 |
| 01/21/2021 | $500.00 | 27167022843 | 01/21/2021 | $500.00 | 27167022854 | 03/02/2021 | $655.00 | 26711391622 |
| 03/02/2021 | $500.00 | 26711391633 | 03/02/2021 | $725.00 | 27154910812 | 03/22/2021 | $34.50 | 19213604030 |
| 03/22/2021 | $720.00 | 27121024023 | 04/22/2021 | $1,155.00 |  | 05/24/2021 | $1,155.00 |  |

**Total Receipts for the Period: $15,584.50**   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,800.50

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 16S | Secured Creditors | $7,423.80 | $3,209.61 | $4,214.19 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 16U | Unsecured Creditors | $31,582.33 | $0.00 | $31,582.33 |
| 3 | ASHLEY FUNDING SVCS LLC<br>»» 001 | Unsecured Creditors | $32.12 | $0.00 | $32.12 |
| 4 | CAVALRY INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $578.52 | $0.00 | $578.52 |
| 5 | CAVALRY INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $483.61 | $0.00 | $483.61 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Creditors | $124.88 | $124.88 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $68.73 | $0.00 | $68.73 |
| 8 | PHILADELPHIA PARKING AUTHORITY<br>»» 005 | Unsecured Creditors | $6,914.00 | $0.00 | $6,914.00 |
| 9 | LVNV FUNDING LLC<br>»» 006 | Secured Creditors | $138.66 | $24.41 | $114.25 |
| 10 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 007 | Mortgage Arrears | $44,724.13 | $11,853.20 | $32,870.93 |
| 11 | REGIONAL ACCEPTANCE CORP<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PHILADELPHIA GAS WORKS<br>»» 009 | Unsecured Creditors | $1,570.99 | $0.00 | $1,570.99 |
| 13 | PHILADELPHIA GAS WORKS<br>»» 010 | Unsecured Creditors | $1,247.63 | $0.00 | $1,247.63 |

**Chapter 13 Case No. 19-13037-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SPRINT<br>»» 011 | Unsecured Creditors | $3,935.85 | $0.00 | $3,935.85 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $486.61 | $0.00 | $486.61 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $561.78 | $0.00 | $561.78 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $320.97 | $0.00 | $320.97 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $673.10 | $164.74 | $508.36 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,665.00 | $3,665.00 | $0.00 |
| 19 | XCHANGE TITLING TRUST LLC<br>»» 017 | Unsecured Creditors | $16,467.52 | $0.00 | $16,467.52 |
| 20 | XCHANGE TITLING TRUST LLC<br>»» 018 | Unsecured Creditors | $2,026.92 | $0.00 | $2,026.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,800.50 | Current Monthly Payment: | $1,155.00 |
| Paid to Claims: | $19,041.84 | Arrearages: | $1,930.50 |
| Paid to Trustee: | $1,732.67 | Total Plan Base: | $63,156.00 |
| Funds on Hand: | $25.99 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.