## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Tyrone Woods
Levenia Shelton-Woods

Debtor(s)

Chapter 13 Proceeding

Case No. 19-13037-AMC

## SUBSTITUTION OF APPEARANCE

TO THE COURT:

YOU ARE HEREBY authorized to substitute Michael J. Clark of the law firm of Richard M. Squire & Associates, LLC as attorneys for Secured Creditor, U.S. Bank National Association, et al, in connection with the above entitled actions.

Dated: November 24, 2021

*Withdrawing Attorney*

By:  /s/Sarah K. McCaffery
Sarah K. McCaffery, Esq., P.A.I.D. #311728
Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone# 215-942-2090

Dated: November 24, 2021

*Superseding Attorney*

By:  /s/ Michael J. Clark
Attorney ID# 202929
Richard M. Squire & Associates, LLC
One Jenkintown Station
115 West Avenue
Suite 104
Jenkintown, PA 19046
Telephone: 215-886-8790