| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 19-13037-AMC

TYRONE WOODS  
LEVENIA SHELTON-WOODS  
647 NORTH MAY PLACE  
PHILADELPHIA  PA    19139

Petition Filed Date: 05/09/2019  
341 Hearing Date: 06/14/2019  
Confirmation Date: 06/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $1,155.00 | | 05/24/2021 | $1,155.00 | | 07/26/2021 | $1,000.00 | |
| 08/23/2021 | $1,155.00 | | 10/25/2021 | $1,150.00 | | 12/20/2021 | $1,200.00 | |
| 01/19/2022 | $4,356.00 | 50172 | 02/01/2022 | $900.00 | 27252995433 | 02/01/2022 | $60.00 | 27252993982 |
| 02/23/2022 | $1,160.00 | | 05/02/2022 | $2,500.00 | | 06/03/2022 | $200.00 | 27640148894 |
| 06/03/2022 | $1,000.00 | 27640148883 | | | | | | |

**Total Receipts for the Period: $16,991.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,481.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»»  16S | Secured Creditors | $7,423.80 | $4,715.30 | $2,708.50 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»»  16U | Unsecured Creditors | $31,582.33 | $0.00 | $31,582.33 |
| 3 | ASHLEY FUNDING SVCS LLC<br>»»  001 | Unsecured Creditors | $32.12 | $0.00 | $32.12 |
| 4 | CAVALRY SPV INVESTMENTS LLC<br>»»  002 | Unsecured Creditors | $578.52 | $0.00 | $578.52 |
| 5 | CAVALRY SPV INVESTMENTS LLC<br>»»  003 | Unsecured Creditors | $483.61 | $0.00 | $483.61 |
| 6 | PA DEPARTMENT OF REVENUE<br>»»  04P | Priority Crediors | $124.88 | $124.88 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE<br>»»  04U | Unsecured Creditors | $68.73 | $0.00 | $68.73 |
| 8 | PHILADELPHIA PARKING AUTHORITY<br>»»  005 | Unsecured Creditors | $6,914.00 | $0.00 | $6,914.00 |
| 9 | LVNV FUNDING LLC<br>»»  006 | Secured Creditors | $138.66 | $58.68 | $79.98 |
| 10 | RUSHMORE LOAN MANAGEMENT SERVICES<br>»»  007 | Mortgage Arrears | $44,724.13 | $23,597.76 | $21,126.37 |
| 11 | REGIONAL ACCEPTANCE CORP<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PHILADELPHIA GAS WORKS<br>»»  009 | Unsecured Creditors | $1,570.99 | $0.00 | $1,570.99 |
| 13 | PHILADELPHIA GAS WORKS<br>»»  010 | Unsecured Creditors | $1,247.63 | $0.00 | $1,247.63 |
| 14 | SPRINT<br>»»  011 | Unsecured Creditors | $3,935.85 | $0.00 | $3,935.85 |

**Chapter 13 Case No. 19-13037-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $486.61 | $0.00 | $486.61 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $561.78 | $0.00 | $561.78 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $320.97 | $0.00 | $320.97 |
| 18 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $673.10 | $340.66 | $332.44 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,665.00 | $3,665.00 | $0.00 |
| 19 | XCHANGE TITLING TRUST LLC<br>»» 017 | Unsecured Creditors | $16,467.52 | $0.00 | $16,467.52 |
| 20 | XCHANGE TITLING TRUST LLC<br>»» 018 | Unsecured Creditors | $2,026.92 | $0.00 | $2,026.92 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,481.50 | Current Monthly Payment: | $1,155.00 |
| Paid to Claims: | $32,502.28 | Arrearages: | $2,264.50 |
| Paid to Trustee: | $2,950.24 | Total Plan Base: | $63,156.00 |
| Funds on Hand: | $28.98 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.