**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Tyrone Woods and Levenia Shelton-Woods | Chapter: 13 |
| | Bankruptcy No.: 19-13037-amc |
| Debtors | 11 U.S.C. § 362 |

U.S. Bank Trust National Association as trustee for
Treehouse Series V Trust

Movant

vs.

Tyrone Woods and Levenia Shelton-Woods

Debtors

and

Scott Waterman, Esquire

Trustee

RESPONDENTS

**CERTIFICATION OF NO ANSWER, OBJECTION, OR RESPONSE REGARDING
MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR
TREEHOUSE SERIES V TRUST, FOR RELIEF FROM THE AUTOMTIC STAY, DOC.
NO. 93**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or response to the Motion of U.S. Bank Trust National Association as trustee for Treehouse Series V Trust for Relief from the Automatic Stay filed on August 18, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Self-Scheduled Hearing and Response Deadline/Notice of Motion, an answer, objection, or response to the Motion must have been filed and served no later than September 1, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by this Honorable Court.

Respectfully submitted,

/s/ Michael Clark
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com

Dated: November 16, 2022

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Tyrone Woods and Levenia Shelton-Woods | Chapter: 13 |
| | Bankruptcy No.: 19-13037-amc |
| Debtors | 11 U.S.C. § 362 |

U.S. Bank Trust National Association as trustee for
Treehouse Series V Trust

Movant

vs.

Tyrone Woods and Levenia Shelton-Woods

Debtors

and

Scott Waterman, Esquire

Trustee

RESPONDENTS

<b>CERTIFICATE OF SERVICE</b>

I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Certification of No Answer, Objection, or Response regarding Motion of U.S. Bank Trust National Association as trustee for Treehouse Series V Trust for Relief from the Automatic Stay, Doc. No. 93, electronically and/or via First Class Mail, postage prepaid.

Date Served: <u>11/16/2022</u>

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Levenia Shelton-Woods
647 North May Place
Philadelphia, PA 19139

Tyrone Woods
647 North May Place
Philadelphia, PA 19139

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

      I hereby certify the foregoing to be true and correct under penalty of perjury.

              Respectfully submitted,

              /s/ Michael Clark
              Richard M. Squire, Esq.
              M. Troy Freedman, Esq.
              Michael J. Clark, Esq.
              One Jenkintown Station, Suite 104
              115 West Avenue
              Jenkintown, PA 19046
              215-886-8790
              215-886-8791 (FAX)
              rsquire@squirelaw.com
              tfreedman@squirelaw.com
              mclark@squirelaw.com