**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Tyrone Woods and Levenia Shelton-Woods | Chapter: 13 |
| | Bankruptcy No.: 19-13037-amc |
| Debtors | 11 U.S.C. § 362 |

U.S. Bank Trust National Association, as trustee
for Treehouse Series V Trust

Movant

vs.

Tyrone Woods and Levenia Shelton-Woods

Debtors

and

Scott Waterman, Esquire, Esquire

Trustee

RESPONDENTS

**ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362**

AND NOW, this _____ day of _____, 2022, upon consideration of Movant's Motion for Relief from the Automatic Stay, it is hereby

ORDERED that the Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is granted with respect to the mortgaged premises situated at 647 NORTH MAY PLACE, PHILADELPHIA, PA 19139, ("Property"), as to allow Movant to exercise its rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

BY THE COURT

**Date: November 16, 2022**

_____
Honorable Judge Ashely M. Chan
United States Bankruptcy Judge

cc:
Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Michael Clark
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Levenia Shelton-Woods
647 North May Place
Philadelphia, PA 19139

Tyrone Woods
647 North May Place
Philadelphia, PA 19139