United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tyrone Woods  
Levenia Shelton-Woods  
    Debtors

Case No. 19-13037-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tyrone Woods, Levenia Shelton-Woods, 647 North May Place, Philadelphia, PA 19139-2831 |
| cr | + | U.S. Bank National Association, et al, c/o SARAH K. MCCAFFERY, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor XChange Titling Trust  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor XChange Leasing Title Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor U.S. Bank National Association  et al carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| ERIK B. JENSEN | on behalf of Debtor Tyrone Woods erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 2 |

ERIK B. JENSEN
    on behalf of Joint Debtor Levenia Shelton-Woods erik@jensenbagnatolaw.com
    jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

JEFFREY M. CARBINO
    on behalf of Debtor Tyrone Woods jeff.carbino@offitkurman.com

JEFFREY M. CARBINO
    on behalf of Joint Debtor Levenia Shelton-Woods jeff.carbino@offitkurman.com

MICHAEL JOHN CLARK
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee for Igloo Series V Trust mclark@squirelaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor U.S. Bank Trust National Association as trustee for Treehouse Series V Trust mclark@squirelaw.com

MICHAEL JOHN CLARK
    on behalf of Creditor U.S. Bank National Association  et al mclark@squirelaw.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com


TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Tyrone Woods and Levenia Shelton-Woods | Chapter: 13 |
| | Bankruptcy No.: 19-13037-amc |
| Debtors | 11 U.S.C. § 362 |

U.S. Bank Trust National Association, as trustee
for Treehouse Series V Trust

Movant

vs.

Tyrone Woods and Levenia Shelton-Woods

Debtors

and

Scott Waterman, Esquire, Esquire

Trustee<br>RESPONDENTS

**ORDER VACATING THE AUTOMATIC STAY UNDER 11 U.S.C. §362**

AND NOW, this _____ day of _____, 2022, upon consideration of Movant's Motion for Relief from the Automatic Stay, it is hereby

ORDERED that the Relief from Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Reform Act of 2005, 11 U.S.C. §362, as amended, is granted with respect to the mortgaged premises situated at 647 NORTH MAY PLACE, PHILADELPHIA, PA 19139, ("Property"), as to allow Movant to exercise its rights under its loan documents and state law; and it is

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

BY THE COURT

_____
Honorable Judge Ashely M. Chan
United States Bankruptcy Judge

**Date: November 16, 2022**

cc:
Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Michael Clark
Richard M. Squire & Associates, LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Levenia Shelton-Woods
647 North May Place
Philadelphia, PA 19139

Tyrone Woods
647 North May Place
Philadelphia, PA 19139