United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13037-amc |
| Tyrone Woods | Chapter 13 |
| Levenia Shelton-Woods | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tyrone Woods, Levenia Shelton-Woods, 647 North May Place, Philadelphia, PA 19139-2831 |
| cr | + | U.S. Bank National Association, et al, c/o SARAH K. MCCAFFERY, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| cr | + | XChange Leasing Title Trust, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14332203 | + | Americredit Financial Services Inc., dba GM Financial, c/o WILLIAM EDWARD CRAIG, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |
| 14322797 | + | PGW, 1800 North 9th Street, Philadelphia, PA 19122-2021 |
| 14353191 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn : Bankruptcy Dept 3F |
| 14322798 | | Philadelphia Parking Authority, 5th and Market, Philadelphia, PA 19106 |
| 14324064 | + | U.S. Bank National Association, et al, c/o SARAH K. MCCAFFERY, Richard M. Squire & Associates, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 14703041 | + | U.S. Bank Trust National Association, not in its, individual capacity but solely as, trustee for Igloo Series V Trust, PO Box 55004, Irvine, CA 92619-5004 |
| 14322805 | | Water Revenue Bureau, 1415 JKF Blvd., 15th Floor, Philadelphia, PA 19105 |
| 14524518 | + | XChange Leasing Title Trust, c/o REBECCA ANN SOLARZ, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14523068 | + | XChange Titling Trust, LLC, 6400 Main Street, Amherst, New York 14221-5858 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 18 2022 00:06:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 18 2022 00:06:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:17:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14415146 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 18 2022 00:06:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14340172 | | Email/Text: bnc@atlasacq.com | Nov 18 2022 00:06:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14322793 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 18 2022 00:06:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14323731 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:17:06 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 40 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14385408 | Email/Text: megan.harper@phila.gov | Nov 18 2022 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14335025 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:17:13 | CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 14323768 | + Email/Text: bankruptcy@cavps.com | Nov 18 2022 00:07:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14322794 | + Email/Text: bankruptcy@cavps.com | Nov 18 2022 00:07:00 | Cavalry SPV LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 14322795 | + Email/Text: bankruptcy@cutx.org | Nov 18 2022 00:07:00 | Fair Lease, 8131 LBJ Freeway, Suite 400, Dallas, TX 75251-4601 |
| 14598753 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:16:59 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14322799 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:16:58 | Portfolio Recovery Assoc, PO Box 12914, Norfolk, VA 23541 |
| 14359433 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2022 00:17:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14326865 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14333047 | + Email/Text: bankruptcy@philapark.org | Nov 18 2022 00:07:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14322800 | + Email/Text: bnc-quantum@quantum3group.com | Nov 18 2022 00:06:00 | Quantum 3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14322801 | + Email/Text: ebn@americollect.com | Nov 18 2022 00:06:00 | Radiology Assoc. of the Main Line, c/o Americollect Inc., PO Box 1566, Manitowoc, WI 54221-1566 |
| 14322802 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 18 2022 00:16:59 | Regional Acceptance Co, Attn: Bankruptcy, Po Box 1487, Wilson, NC 27894-1487 |
| 14322803 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2022 00:17:06 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14322804 | + Email/Text: bkenotice@rushmorelm.com | Nov 18 2022 00:06:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, Po Box 55004, Irvine, CA 92619-5004 |
| 14354188 | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 18 2022 00:17:11 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14323343 | + Email/PDF: gecsedi@recoverycorp.com | Nov 18 2022 00:16:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14323874 | + Email/Text: bkenotice@rushmorelm.com | Nov 18 2022 00:06:00 | U.S. Bank National Association, et al, c/o Rushmore Loan Management Services LL, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14344881 | + Email/Text: bkenotice@rushmorelm.com | Nov 18 2022 00:06:00 | U.S. Bank National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14713849 | + Email/Text: bkenotice@rushmorelm.com | Nov 18 2022 00:06:00 | U.S. Bank Trust National Association as, trustee for Treehouse Series V Trust, c/o Rushmore Loan Management Services, PO Box 55004, Irvine , CA 92619-5004 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 40 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14511694 | *P++ | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14322796 | *+ | Fair Lease, 8131 LBJ Freeway, Suite 400, Dallas, TX 75251-4601 |
| 14353193 | *+ | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn : Bankruptcy Dept 3F |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor XChange Leasing Title Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor XChange Titling Trust  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHANDRA M. ARKEMA | on behalf of Creditor U.S. Bank National Association  et al carkema@squirelaw.com, vcosme@squirelaw.com,jberry@squirelaw.com |
| ERIK B. JENSEN | on behalf of Joint Debtor Levenia Shelton-Woods erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| ERIK B. JENSEN | on behalf of Debtor Tyrone Woods erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JEFFREY M. CARBINO | on behalf of Debtor Tyrone Woods jeff.carbino@offitkurman.com |
| JEFFREY M. CARBINO | on behalf of Joint Debtor Levenia Shelton-Woods jeff.carbino@offitkurman.com |
| MICHAEL JOHN CLARK | on behalf of Creditor U.S. Bank National Association  et al mclark@squirelaw.com |
| MICHAEL JOHN CLARK | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee for Igloo Series V Trust mclark@squirelaw.com |
| MICHAEL JOHN CLARK | on behalf of Creditor U.S. Bank Trust National Association as trustee for Treehouse Series V Trust mclark@squirelaw.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Nov 17, 2022 | Form ID: pdf900 | Total Noticed: 40

    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　TYRONE WOODS<br>　　LEVENIA SHELTON-WOODS<br><br>　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 19-13037-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 16, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE